IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER,

APR 12 2006

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 01-cv-02276-WYD-OES

Larry Allen MacPhale,
    Plaintiff(s),

vs.

Robert C. Tobias, et al.,
    Defendant(s).

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 12th day of April, 2006.

BY THE COURT

Wiley Y. Daniel, Judge

Re:   01-CV-02276-WYD

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record signed by Judge, Wiley Y. Daniel, was mailed to the following on _April 12, 2006_.

**Arapahoe County District Court**
**Arapahoe County Justice Center**
**7325 South Potomac Street**
**Centennial, Colorado 80112**

By: _____
    Deputy Clerk